■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS CARTWRIGHT, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2), for a writ of habeas corpus denied as insufficient on its face. (See *People* v. *Jiggetts,* 22 N Y 2d 796, 939.) Herlihy, J. P., Reynolds, Staley, Jr., Cooke and Greenblott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL E. McDOWELL, Appellant.— Motion to dismiss appeal granted upon the ground that no appeal lies from an order denying a certificate of reasonable doubt. (See *Matter of Epps* v. *Supreme Court,* 19 A D 2d 807, mot. for lv. to app. den. 13 N Y 2d 599, mot. for rearg. den. 13 N Y 2d 1185; *People ex rel. Epton* v. *Nenna,* 25 A D 2d 518, mot. for lv. to app. withdrawn 17 N Y 2d 422.) Motion to add appeal to September Term Calendar denied as academic. Herlihy, J. P., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur.

(September 18, 1969)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM ANTHONY BRAM, Petitioner, v. ROSS E. HEROLD, as Director of Dannemora State Hospital, Respondent.— Application, pursuant to CPLR 7002 (subd. [b], par. 2) for a writ of habeas corpus denied for failure of compliance with article 70 of the CPLR, and more particularly with the provisions of CPLR 7002 (subd. [c], par. 6) thereof, and as otherwise insufficient on its face. Herlihy, Acting P. J., Reynolds, Aulisi, Staley, Jr., and Cooke, JJ., concur.